UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-055 |
| | ) | |
| RANDY H. MERCER | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Adam W. King,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Adam W. King** be granted leave of absence for the following period: **November 25, 2015 and December 14, 2015 through December 15, 2015.**

This ____ day of November, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia