IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-055 |
| | * | |
| RANDY HOUSTON MERCER | * | |

# O R D E R

Defendant Randy Houston Mercer has filed a motion to reduce sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. Amendment 821 (Part B) provides a retroactive decrease in offense level for certain "zero point" offenders. Defendant is a "zero-point offender." The decrease, however, is not available to offenders whose offense of conviction is a sex offense. See U.S.S.G. § 4C1.1(a)(5). Because Defendant's offense of conviction is a sex offense, he is not eligible for the retroactive relief he seeks.[1] His motion for sentence reduction (doc. 42) is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this ___ day of January, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Amendment 821 (Part A) provides a retroactive adjustment for certain offenders whose criminal history was impacted by "status points" under U.S.S.G. § 4A1.1. Defendant did not receive any status points; therefore, this part is also not applicable.